EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Bonnie S. García Alvarado | 2004 TSPR 206 <br><br> 163 DPR _____ |

Número del Caso: TS-12424

Fecha: 17 de diciembre de 2004

Abogada de la Peticionaria:

Por Derecho Propio

Materia: Solicitud de Reactivación al Ejercicio de la Abogacía y Activación a la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Bonnie S. García Alvarado
                                        TS-12424




                            RESOLUCIÓN


        En San Juan, Puerto Rico, a 17 de diciembre
de 2004.


        Examinada la Solicitud de Reactivación al
Ejercicio de la Abogacía y Activación a la Notaría
presentada por la Sra. Bonnie García Alvarado, se
reinstala a ésta al ejercicio de la abogacía.

        Publíquese.

        Lo acordó el Tribunal y lo certifica la
Subsecretaria del Tribunal Supremo.  Los Jueces
Asociados señores Rebollo López y Rivera Pérez no
intervinieron.




                        María I. Colón Falcón
                        Subscretaria del Tribunal Supremo